IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
ISTRICT OF MARYLAND

2003 JUL 25 P 3: 06

LERK'S OFFICE
AT BALTIMORE

_____ .DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v | | CIVIL NO. MJG-02-4040 |
| | * | |
| ASSORTED PERSONAL PROPERTY (Cantine) | | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

In reviewing the docket in the above entitled case, it appears that no activity has taken place since  January 27, 2003  . Therefore, it is this  25th  day of  July  , 2003, by the United States District Court for the District of Maryland,

ORDERED:

1  That plaintiff file a status report within  15  days of the date of this Order; and

2.  That the Clerk mail or transmit copies to counsel of record.

Marvin J. Garbis
United States District Judge