

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*LaTonia Kelly*<br>*Paralegal Specialist*<br>*Asset Forfeiture Unit* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4897*<br>*FAX 410-962-3091*<br>*LaTonia.Kelly@usdoj.gov* |

October 21, 2003

Honorable Marvin J. Garbis
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: United States v. Assorted Personal Property
        <u>Civil No. MJG-02-4040</u>

Dear Judge Garbis:

    This is to provide a further status regarding the above-referenced matter.

    As stated in the status letter on September 26, 2003, the U.S. Attorney's Office located the claimant and forwarded a proposed Settlement Agreement. The claimant responded by letter dated October 8, 2003, with a counter-offer, to which the U.S. Attorney's Office declined. We have requested that the claimant respond to the initial Settlement proposal no later than November 5, 2003.

    The government will provide a further status no later than November 7, 2003. Thank you for your continued patience in this matter.

                                Very truly yours,

                                Thomas M. DiBiagio
                                United States Attorney

                              ____/s/_____
                                LaTonia Kelly
                                Paralegal Specialist

cc: AUSA Tamera L. Fine



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*  *6625 United States Courthouse*  *410-209-4800*
*United States Attorney*  *101 West Lombard Street*  *TTY/TDD:410-962-4462*
 *Baltimore, Maryland 21201-2692*  *410-209-4897*
*LaTonia Kelly*   *FAX 410-962-3091*
*Paralegal Specialist*   *LaTonia.Kelly@usdoj.gov*
*Asset Forfeiture Unit*

October 21, 2003

Honorable Marvin J. Garbis
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re: United States v. Assorted Personal Property
        <u>Civil No. MJG-02-4040</u>

Dear Judge Garbis:

    This is to provide a further status regarding the above-referenced matter.

    As stated in the status letter on September 26, 2003, the U.S. Attorney's Office located the claimant and forwarded a proposed Settlement Agreement. The claimant responded by letter dated October 8, 2003, with a counter-offer, to which the U.S. Attorney's Office declined. We have requested that the claimant respond to the initial Settlement proposal no later than November 5, 2003.

    The government will provide a further status no later than November 7, 2003. Thank you for your continued patience in this matter.

                        Very truly yours,

                        Thomas M. DiBiagio
                        United States Attorney

                        ____/s/_____
                        LaTonia Kelly
                        Paralegal Specialist

cc: AUSA Tamera L. Fine