Re: Asset I.d # 02-DEA-399759  
02-DEA-399760  
02-DEA-401123  
Date: 02/23/03

Agency case # GC-01-0162  
Civil No. # MJG-02-4040

**EXHIBIT A**

To whom it may concern,

My name is Marvin Cantine and I am the defendant in the above mentioned cases. I'm curently writing to you in hope that I may save myself and your agency both time and money in Forfeiture court fighting over the Items that were seized from me, my home and my business. I have already filed a claim to all of the Items seized on or about 11/20/01 but I am willing to drop my claim and sign a consent to Forefeiture form which forefeits my property to the United States of America and relinquishes me of all rights, Titles and interest to the property Therein if The United States of America is willing to conceed in it's return to the defendant of four of the seized Items. These Items are:

① $6,265.00 in U.S. currency seized on 11/20/01 from a 2001 blue Jeep Liberty.

② $1,757.00 in U.S currency seized on 11/20/01 from out of the cash registers, Poker machines, Pinball machines and Jukeboxes at my Place of business.

③ 1 Gents platinum and 18K gold wedding band, w/10 round diamonds, about 1.0ct (vin/serial No. 37-401123-004)

④ 1 14K gold Gents bracelet watch, w/ concord movement, 38 round diamonds, .50ct; model # 20-90-544 Sn# 930670 (vin/serial No. 37-401123-005)

In order to show that these Items should justifiably be return to me I offer to you as mitigation that these Items should be returned for the following reasons: The watch and the ring were wedding gifts from my wife and for that reason alone they are simply priceless to me. The $6,265.00 came from the proceeds made by a bar which is a legitimate business That I own and is not apart of The goverments seizure. This money was supposed to be a part of a daily bank drop when it was Illegally seized from a 2001 blue Jeep Liberty. Furthermore, your agency's search and seizure warrant was given so that your agency could search a 2001 Black lincoln navigator bearing MD. Reg. # M468302 with a Vehicle Identification Number of # 5LMFU28ILJ02596 but your agency

Searched a 2001 blue Jeep liberty and found $6,265.00 in U.S. currency within it's interior without the defendant's expressed consent Thereby making your search of the said 2001 blue Jeep liberty Illegal and your seizure of the defendants $6,265.00 unjustifiable! Last but not least The $1,757.00 that was seized from the cash registers, gaming machines and Juke boxes at The defendants legitimate place of business should be returned to the Def. because there is no evidence whatsoever to prove that any part of this U.S. currency were the proceeds of Ill gotten gains! The Fact That this money was Taken out of these machines literally should go to the weight of there use and the Fact that They are All very much Legitimate business interests. My criminal case is now in it's sentencing phase and I would very much like to move on with my life. I have given you very legitimate reasons as to why these Four Items should be returned to me. And I don't think That I have asked To much considering the list of Items that your Agency has seized from me. I merely ask That whomever is in charge of the Items I wish returned be consulted and informed about my request for the return of the Four Items mentioned earlier in this letter and if That person and your agency is in agreement with returning those Four Items to me? Then I would like your agency/office To Foward me a signed gaurentee stipulating the return of the Four Items That I requested To me along with a consent to ForeFeiture Form For me to sign so that I can relinquish All rights, Titles and Interests of the property that was seized From me by the United states of America... Thank you for your Time and consideration of This matter.

Sincerely

Marvin L. Contino

## Certificate of Service

This is to certify that on this ___02___ day of ___23___, 2003 A True copy of this document/letter was mailed to Ms. Tamera. L. Fine, Asst. U.S. Attorney And Ms. Latonia Kelly, Paralegal specialist for the Asset ForeFeiture Unit, 6625 U.S. courthouse, 101 West Lombard street, Baltimore, md, 21201

Sincerely

Marvin L. Contino

Date: 02/23/03



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Tamera Fine*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4806*
*FAX 410-962-3124*
*Tamera.Fine@usdoj.gov*

August 20, 2003

Marvin Cantine
#990992009
401 E. Eager Street (0-90)
Baltimore, Maryland 21202

> Re: United States v. Assorted Personal Property (Cantine)
>     Civil No. MJG-02-4040

Dear Mr. Cantine:

In accordance with your correspondence dated February 23, 2003 concerning the above-referenced forfeiture action, the following agreement is proposed. Once the agreement is fully executed and returned to me, I will forward it to the Court with a motion for an order of forfeiture. Once the order is entered, I will forward it to the appropriate agency for disposition.

### SETTLEMENT AGREEMENT

This Settlement Agreement is made between Marvin Cantine ("the claimant") and the United States of America ("the government"):

WHEREAS, the claimant filed a claim to the defendants $63,083.00 U.S. Currency, $1757.00 U.S. Currency, $9496 U.S. Currency, $6265 U.S. Currency and Assorted Jewelry; and

WHEREAS, the claimant neither admits nor disputes the government's assertion that reasonable cause existed for the seizure of the defendant property; and

WHEREAS, the parties wish to reach a fair and expedited resolution to this matter;

NOW, THEREFORE, for the foregoing reasons and for good and substantial consideration, the adequacy and receipt of which is

**EXHIBIT B**

hereby acknowledged, the claimant and the government agree as follows:

1. The government agrees to release the defendants $6,265 U.S. Currency, $1757 U.S. Currency, One Gents platinum and 18K gold wedding band, seized under Asset Id No. 02-DEA-401123, and One 14K gold Gents bracelet watch seized under Asset Id No. 02-DEA-401123, to the claimant, or his designated representative.

2. The claimant agrees not to contest the forfeiture of the remaining defendant assorted jewelry seized under Asset Id No. 02-DEA-401123, in addition to the defendants $63,083 U.S. Currency and $9496 U.S. Currency, to the government, and hereby relinquishes all right, title and interest therein.

3. The claimant agrees to indemnify and hold the government harmless from and against all claims, damages, losses, and action resulting from or arising out of the seizure and release of property described in paragraph 1 above.

4. The claimant agrees that the government may submit a copy of this agreement in connection with a request for an Order of Forfeiture.

5. This agreement states the entire agreement reached between the parties hereto.

Thomas M. DiBiagio
United States Attorney

_____
Tamera L. Fine
Assistant United States Attorney

_____        _____
Date                    Marvin Cantine

_____
Date

FILE COPY

10/8/03

Ms. Kelly,

I am writing you in reference to the case of U. v Personal Property Civil No. MJ. G-02-4040. I have received the Settlement Agreement regarding the above case. As you can very well see, I am presently without legal assistance at this time. This leaves me unaware of my legal status in this situation.

As you very well know, my situation has changed tremendously since February of this year. Because of the change, I am in need of all of my Assorted Personal Property. So, my questions for you are. Will you release all of my property to me? Or can we redo the Settlement Agreement? If we don't come to an agreement, where do we go from there. I don't know if you really understand my predicament. This will enable me to assist my family in my absence as well as myself.

I just would like for you to know. I mean or intended no disrespect to you or Mr. Tine with this letter. My family and I are just desperately in need of this Property. I feel if signed now, it could be very detrimental to us.

Thank you for your time and patience in this matter.

Very Truly Yours,
Marvin Cantine
MARVIN CANTINE #315-093

**EXHIBIT C**



**U.S. Department of Justice**

United States Attorney
District of Maryland
Northern Division

---

*Thomas M. DiBiagio*
*United States Attorney*

*LaTonia Kelly*
*Paralegal Specialist*
*Asset Forfeiture Unit*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4897
FAX 410-962-3091
LaTonia.Kelly@usdoj.gov

October 21, 2003

Marvin Cantine
#315-093
R.C.I.
18701 Roxbury Road
Hagerstown, Maryland 21746

      Re: U.S. v. Assorted Personal Property
         <u>Civil No. MJG-02-4040</u>

Dear Mr. Cantine:

    The government has reviewed your response, dated October 8, 003, to the proposed Settlement Agreement. The proposed Settlement was drafted in response to your correspondence dated February 23, 2003, in which you requested the release of specific items and your agreement to drop your claim and consent to the forfeiture of the remaining defendant property (copy attached).

    The government respectfully declines your counter-offer and cannot advise you on a course of action. Please inform this office no later than November 5, 2003, if you are agreeable to the initial Settlement proposal.

                                    Very truly yours,

                                    Thomas M. DiBiagio
                                    United States Attorney

                          By: *[signature]*
                             LaTonia L. Kelly
                             Paralegal Specialist

cc: AUSA Tamera L. Fine

EXHIBIT D



# THE BALTIMORE SUN
BALTIMORE, MARYLAND 21278-0001

December 27 20 02

WE HEREBY CERTIFY, that the annexed advertisement of

AD NO.: 34209
US DEPT OF JUSTICE
US MARSHAL JOHNNY L HUGHES
101 W LOMBARD ST #6115
BALTIMORE            MD 21201

was published in **"THE BALTIMORE SUN"** a daily newspaper printed and published in the City of Baltimore 12/26/02

The Baltimore Sun Company,

7331                        By ............

**NOTICE OF SEIZURE**
NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, U.S. v. Assorted Personal Property (Cantine), United States Marshal Service for the District of Maryland, arrested on December 19, 2002 said property described under Civil Docket No. MJG CV4040 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedures, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Tamera L. Fine, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.
Johnny L. Hughes, U.S. Marshal, 101 W. Lombard St. Baltimore, Maryland 21201

EXHIBIT E



Baltimore Afro-American    Washington Afro-American    Every Wednesday

Afro-American Newspaper
Executive Offices
P.O. Box 1857
2519 North Charles Street
Baltimore, Maryland 21218

STATE OF MARYLAND
COUNTY OF BALTIMORE

Before me, A Notary Public, in and for said city and state, January 8, 2003, Marquise Goodwin

Personally known to me, who being duly sworn, states as follows:

That Marquise Goodwin is an employee of "The Afro-American Newspapers" and that said

Publication(s) in the issue of 1/4/03 carried the attached advertisement of

Company:

DEPT. OF JUSTICE, U.S. MARSHAL'S
Johnny L. Hughes
683 U.S. Courthouse
101 W. Lombard Street Rm. 6115
Baltimore, MD 21201

### LEGAL NOTICES

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, **U.S. v. Assorted Personal Property (Cantine)**, United States Marshal Service for the District of Maryland, arrest on December 19, 2002 said property described under **Civil Docket No. MJG02CV4040** and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United State of America. Tamera L. Fine, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.

_____
Signature

_____
Notary Public

Mailing:
  The News Journal
  PO Box 15505
  Wilmington, DE 19850

Street
  The News Journal
  950 W. Basin Road
  New Castle, DE 19720
  (302) 324-2500

Sunday News Journal
The News Journal

# The News Journal

## AFFIDAVIT OF PUBLICATION

STATE OF DELAWARE          COUNTY OF NEW CASTLE

Personally appeared before me this 10th day of January, 2003:

I, Melody Bouch, of the NEWS JOURNAL COMPANY, a daily newspaper printed and published in the County of New Castle, State of Delaware, who, being duly sworn states that the advertisement of NOTICE OF SEIZURE - U.S. v. Assorted Personal Property (Cantine), United States Marshal Service - Civil Docket No. MJG02CV4040 was published in THE NEWS JOURNAL on _____January 10, 2003_____, and/or THE SUNDAY NEWS JOURNAL on _____N/A_____.

_____Melody Bouch_____          _____Legal Coordinator_____
Name                              Title

Sworn to before me this 10th day of January, 2003.

_____
Notary Public

WANDA M. JAMES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 2, 2004

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, U.S. v. Assorted Personal Property (Cantine), United States Marshal Service for the District of Maryland, arrested on December 19, 2002 said property described under Civil Docket No. MJG02CV4040 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Tamera L. Fine, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.
Johnny L. Hughes
U.S. Marshal
101 W. Lombard St.
Baltimore, Maryland 21201
1/10-NJ          0/410497