IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL NO. MJG-02-4040 |
| | * |
| ASSORTED PERSONAL PROPERTY | * |
| (CANTINE) | * |
| Defendant. | * |

### FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 23rd day of December 2003 that

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired, and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C section 2465;

4. $6265 and $1757 U.S. Currency, One Gents platinum and 18K gold wedding band, and One 14K gold Gents bracelet watch shall be released to the claimant in accordance with the claimant's letter and the government's Settlement Agreement attached to the government's motion. The remaining defendant property is condemned and all rights, title, and interest of Marvin Cantine, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

/s/
_____
Marvin J. Garbis
United States District Judge