# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk  　　　　　　　　　　　　　　　　　Reply to Northern Division Address

*2004 JAN -5*

*CLERK'S O[FFICE]*

December 29, 2003

Marvin Cantine #315-093
18701 Roxbury Road
Hagerstown, Maryland 21746

　　　　　　　　　　Re:   Case No. MJG 02-4040

Dear Counsel/Party:

　　　The Clerk received your Request for Order of Default on 12/29/03 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
- ☐ Member of Bar of this Court has not signed pleading.
- ☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
- ☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
- ☐ Depositions not to be filed unless in support of a motion.
- ☐ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ Certificate of Service not affixed to pleading.
- ☐ Certificate of Service not dated.
- ☐ Certificate of Service not signed.
- ☐ Attachments or exhibits missing.
- ☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
- ☐ Pleading does not contain original signature(s).
- ☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
- ☐ Incorrect caption or civil action number. Unable to match with case.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Pleading or paper must be filed electronically.
- ☒ Other.  __The above case is closed.__

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　*/s/ Marvin J. Garbis*
　　　　　　　　　　　　　　　Judge Marvin J. Garbis
　　　　　　　　　　　　　　　United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

## THE UNITED STATES DISTRICT COURT OF BALTIMORE CITY, MARYLAND

MARVIN L. CANTINE
#315093
18701 ROXBURY RD
HAGERSTWON, MD 21746

Petitioner

VS

U.S. STATES ATTORNEY
TAMERA L. FINE

Respondent

CIVIL DOCKET #:1:02-cv-04040-MJG



### REQUEST FOR ORDER OF DEFAULT

(1). (Upon application of the Defendant, Pursuant To Rule 4; 28 U.S.C.A. § 2254. The Defendant, Marvin L. Cantine herein requests an order of Default against the Plaintiff, for failure to respond and answer A Judges order, Which was given on 7-25-03, The Honorable Judge Marvin J. Garbis Rendered an order to US Attorney Ms. Tamera L. Fine, To file a status report which the deputy Clerk entered on July 25, 2003. [1] as Provided by the Federal Rule 4; 28 U.S.C.A. § 2254.

(2). The Defendant had various assets in monetary from forfeiture by the United States Attorneys Office who is represented by Ms. Tamera L. Fine.

(3). (Defendant, contends that was a Order with stipulation and / or final deadline Date (15 Days) for the respondents to Show Cause, and File a responsive Pleadings,

(4). (Maryland Rule 2-613, States that Respondents have, 30 days, to respond to this Judgment, Petitioner Request that this Motion be enforced by The United States District Court, to be put into effect Immediately, Upon authorization and notification to all parties concern.

(5) The Defendant contends as well as in previous pleadings to this Honorable Court that the United States Attorney does not have any legal standing to forfeit or confiscate any assets, or U.S. currency from the Defendant Also there is No indictments or other criminal related cases pending or against the Defendant.

(6) The U.S. States Attorney Office have been in direct violation of the Honorable Judge Marvin J. Garbis, Order which was order on July 25, 2003, Ms. Tamera L. Fine, did not comply with order and did not submit or file a status report until (82 days later) Which in fact was 65