

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

Tele: 410-962-7700

January 23, 2004

TO ALL COUNSEL AND PARTIES

      Re: USA v. Assorted Personal Property (Cantine)
          Civil Action No. MJG-02-4040

Dear Sir/Madam:

    I have Marvin Cantine's letter of January 20, 2004 which crossed my own letter of the same date. Mr. Cantine's letter does not change the situation.

    If he wants to litigate the case, he can comply with the letter Order of January 20, 2004 and request reopening. If he does so, the Government is free to contend that he is entitled to no recovery at all and I'll resolve the case in due course. If Mr. Cantine wishes promptly to receive $8,022, wedding band and watch and end the matter, he can decline to seek reopening. The choice is his.

    Although informal in nature, this is an Order of the Court.

                                       Very truly yours,

                                       Marvin J. Garbis
                                       United States District Judge