IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE) | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### ORDER REOPENING CASE

It appears that, in response to the Letter Order of January 23, 2004, Claimant Marvin Cantine has stated that wishes to reopen the instant case and litigate his claim.

Accordingly:

1. The CLERK SHALL REOPEN THIS CASE.

2. The Final Order of Forfeiture issued December 23, 2003 is hereby RESCINDED.

3. By March 8, 2004, the parties shall provide their respective positions regarding the scheduling of further proceedings herein, including:

    a. The nature of any discovery requested.

    b. Any anticipated pretrial motions and suggested deadlines.

    c. Any other steps that will be necessary to resolve the instant case.

SO ORDERED this 20th day of February, 2004

_____
Marvin J. Garbis
United States District Judge