**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*LaTonia Kelly*
*Paralegal Specialist*
*Asset Forfeiture Unit*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4897
FAX 410-962-3091
LaTonia.Kelly@usdoj.gov

February 24, 2004

Marvin J. Garbis
United States District Judge
340 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re: United States v. Assorted Property (Cantine)
          Civil No. MJG-02-4040

Dear Judge Garbis:

    Pursuant to your Order dated February 20, 2004, re-opening the above-referenced civil matter, the government proposes the following scheduling dates:

1. March 31, 2004 - Claimant's answer to complaint;

2. May 14, 2004 - Completion of Discovery

3. June 30, 2004 - Motions

4. July 23, 2004 - Responses

5. August 6, 2004 - Reply

6. Hearing thereafter but within 60-90 days.

    Thank you for your continued patience in this matter.

                  Very truly yours,

                  Thomas M. DiBiagio
                  United States Attorney

            By: _____
                Tamera L. Fine
                Assistant United States Attorney

cc: Marvin Cantine