IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE) | * | |
| Defendant | * | |

* * * * * * * * *

<u>ORDER</u>

Upon consideration of the parties' respective submissions regarding scheduling:

1. By March 19[1], Claimant shall answer the Complaint.

2. All discovery shall be completed by April 30.

3. By May 15, any summary judgment motions shall be filed.

   a. Responses shall be filed by June 15.

   b. Replies may be filed by June 30.

4. A hearing shall be scheduled, as may be necessary.

SO ORDERED this 8th day of March, 2004.

_____
Marvin J. Garbis
United States District Judge

---

[1]   All dates referred to herein are in the year 2004.