IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE) | * | |
| Defendant | * | |

* * * * * * * * * * *

**MEMORANDUM TO JUDGE REGARDING THE
DEFENDANTS PERSPECTIVE POSITION AND THE
SCHEDULING OF FURTHER PROCEEDINGS**

1) The Defendant will be pursuing and seeking to request Discovery from the Plaintiffs in accord with all Federal Rules of civil Procedure including, interrogatories, request for production of documents and depositions. All sought discovery will be in accord and in the time or prescribed and provided by the Federal Civil Rules. All sought discovery is relevant to this cause of action and does not in any way cause hardship, or any form of harassment to the Plaintiff. The nature of the sought discovery is to elicit and obtain information and documents from the Plaintiff that may resolve some issues which may not be necessary for litigation, as well as to substantiate and support Defendants defense. There may be additional discovery sought as may be needed or warranted.

2) The Defendant will be submitting and filing several pretrial motions that may be necessary to alleviate litigating matters and may not be necessary for litigation at any scheduled trial or hearing. And to request various pleadings and relief with

this Honorable Court. The Defendant does not plan to file or submit any unnecessary motions or pleadings that are frivolous or moot. All motions will be filed and submitted in accordance with the Federal Rules of Civil Procedure. The defendant suggests and asks this Honorable Court in respect to all pretrial motions and suggested deadlines, that this court invoke its Judicial power and discretion and set forth all times and deadlines that are feasible to both parties, but does not infringe or hamper upon a timely set date for trial.

3) The Defendant is a Pro Se litigant and is limited to his access of liberty to come forth and expedite his pleadings. The Defendant will be filing his motions and pleadings by way of U.S. mail. The Defendant asks this Honorable Court to render a memorandum to the Plaintiff to forward all foregoing motions, pleadings or copies to the defendant in order to alleviate the defendant not being given any copies of Plaintiffs pleadings. There was a problem with who should forward the Defendant copies of pleadings in some of the prior pleadings as is reflected in the case record.

4) The Defendant will also be requesting and issuing subpoenas for several witnesses to come forth and proffer testimony that will be relevant and pertinent to this cause of action. The Defendant will also be requesting and asking this Honorable Court to issue several subpoenas for tangible evidence from various establishments in order to help the Defense substantiate some of its claims and contentions.

5) In regards to this honorable Courts order to reopen the case in sentence #3.C. regarding any other steps that will be necessary to resolve the instant case.

The Defendant humbly asks this Honorable Court to grant a request that will allow him to obtain various Federally cited case Law and Rules. The Defendant is currently incarcerated in the Roxbury Correctional Institution and as such the institution does

not have available Federal case law and rules. The institution has a very small and very limited legal reference area and obtaining Federal case law and rules through this process is quite difficult. The Defendant comes to this Honorable court with an unusual, but fairly feasible request. The Defendant is asking this court to render an order to allow the Defendant to obtain and be furnished any and all requested Federal case law and/or citings or Federal rules from a Federal paralegal or clerk in the Federal Judicial system where the sought case law is readily available. This court in prior proceedings has made such accommodations for pro se litigants in order to assist them in obtaining legal material and research for the preparation of trial.

6) In closing the Defendant will abide respectfully to all protocol and rules in filing all motions and pleadings. The Defendant will agree to any set scheduled dates for deadlines for motions and scheduled dates for all pretrial hearings and trial dates. The defendant also requests and will submit a writ to be transported to the Federal Courthouse at 101 W. Lombard Street and to be present to proffer testimony at all scheduled pretrial hearings and trial dates.

Date: March 3, 2004

Respectfully Submitted,

Marvin Contino #315093
18701 Roxbury Rd. (RCI)
Hagerstown, MD. 21746

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a copy of the aforegoing Memorandum to Judge Regarding The Defendants Perspective Position and The Scheduling of Further Proceedings, was mailed, postage prepaid to Ms. Tamera Fine, Assistant United States Attorney, located at 101 W. Lombard Street, Baltimore, Maryland 21202.

Date: March 3, 2004

*Marvin L. Cantine*
Marvin Cantine #315-093
Roxbury Correctional Institution
18701 Roxbury Road
Hagerstown, Maryland 21746