Clerk for The United States District Court
For the District of Maryland
U.S. Court House
101 W.Lombard Street
Baltimore,Maryland  21201

MAR 09 2004

Dear Clerk of the Court

    Pleaswe find enclosed several motions to be submitted and filed with the court.

    I am also in need of several foems for issuance of subpoenas,so that I can fill them out and submitt them back to the Court for the issuance of subpoenas.

    I sincerely thank you in advance for your time and assistance.

                                         Respectfully Submitted

                                         Marvin Cantine
                                         #315-093
                                       18701 Roxbury Road
                                       Hagerstown,Maryland 21746