IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE) | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR THE DEFENDANT TO RECEIVE
ASSISTANCE FROM A COURT APPOINTED
NON-PARTY TO PROVIDE HIM WITH ANY
FEASIBLE REQUESTED COPIES OF FEDERAL CASE LAW AND RULES**

Comes now the Defendant, Marvin Cantine Pro Se, pursuant to, The Federal Rules of Civil Procedures, and submits this Motion for the Defendant to receive assistance from a court appointed non-party, to provide him with any feasible requested copies of Federal case law and rules for the following reasons as to wit:

1) The Defendant is a pro se litigant in this case.

2) The Defendant is currently confined at the Roxbury Correctional Institution.

3) The institution has a very small and limited library to obtain any meaningful legal assistance and it is very difficult to obtain Federal case law and rules from the institutional library.

4) The Defendant will need various case law and rules for the

purpose of supporting his defense, and for the purpose of preparing his case, and researching past and present Federal case law that may be relevant to the issues in this cause of action.

5) The Defendant is asking this Honorable Court to render an order to allow him to be able to get the assistance of the Federal paralegals, or law clerks, or any such other agency or group that this Honorable court can have to help assist the Defendant in obtaining copies Federal case law and rules.

Wherefore the Defendant respectfully prays that this Honorable Court will:

1) Grant and render an order to appoint Federal paralegals of The United States District Court, or Federal clerks from The United States District Court to assist the Defendant by providing him with copies of any Federal case law and Federal rules.

2) Grant and render an order to appoint any such non-party or agency to assist the Defendant in obtaining requested copies of Federal case law and Federal rules.

3) For any such other relief that this Court deems necessary for appropriate relief in this cause of action.

Date: March 3, 2004

Respectfully Submitted,
Marvin L. Contine #315093
18701 Roxbury Rd. (RCI)
Hagerstown, M.D. 21746

"2"

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the aforegoing Motion for assistance in obtaining Federal case law and rules of civil procedure etc. was mailed, postage prepaid to Ms. Tamera Fine, Assistant United States Attorney, located at 101 W. Lombard Street, Baltimore, Maryland 21202.

Date: March 3, 2004

Marvin Cantine #3150093
Roxbury Correctional Institution
18701 Roxbury Road
Hagerstown, Maryland 21746