IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| vs. | * CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE) | * |
| Defendant | * |

* * * * * * * * * * *

## MOTION FOR DISCOVERY AND INSPECTION

Comes now the Defendant, Marvin Cantine Pro Se, pursuant to Federal Rules of Civil procedure and submits this Motion For Discovery and Inspection for the following reasons to witt:

1) The defendant would like for the Plaintiffs to provide and furnish him copies of all Discovery, in the case file and record. (Photographs, Audio Recordings, Documents, etc.)

2) The Defendant would like for the Plaintiffs to provide and furnish copies of any and or all Discovery that is in the possession of anyone acting under the color of The United States Government, who may be in possession of any sought Discovery, (Photographs, Audio Recordings, Documents, etc.)

3) The Defendant would like for The United States Attorney's Office to provide and furnish all Discovery in this case, and have it forwarded and transported to the Defendant at the, Roxbury Correctional Institution, by way of The United States Postal Service, courier, or The United States Marshalls, or by way that will not inconvenient the Plaintiffs.

4)  The defendant is a Pro Se litigant, and due to his incarceration he cannot come to The United States Attorney's Office to inspect the sought Discovery and so the Defendant respectfully requests the furnishing of copies of all Discovery.

Date: March 3, 2004

Respectfully Submitted,

Maxim L. Contino #315093
18701 Roxbury Rd. (RCI)
Hagerstown, MD 21746

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a copy of the aforegoing Motion for Discovery and Inspection was mailed, postage prepaid to Ms. Tamera Fine, Assistant United States Attorney, located at 101 W. Lombard Street, Baltimore, Maryland 21202.

Date: March 3, 2004

Marvin Cantine #315-093
Roxbury Correctional Institution
18701 Roxbury Road
Hagerstown, Maryland 21746