IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE) | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR HABEAS CORPUS AD TESTIFICANDUM

Comes now the Defendant, Marvin Cantine, Pro Se pursuant to the Federal Rules of Civil Procedures and submits this petition for Habeas Corpus Ad Testificandum for the following reasons as to wit:

1) The Defendant is currently incarcerated at the Roxbury Correctional Institution, located in Hagerstown, Maryland.

2) The Defendant is a pro se litigant in this matter, and he is without the assistance of legal counsel.

3) The Defendant is requesting to be present and brought forth to any and all hearings pertaining to this cause of action to include, (pre-trial hearings, motion hearings, and trial) or for any other scheduled dates for hearings.

4) The Defendant would like to be able to proffer testimony and put forth a legitimate defense in this cause of action. Defendant believes that if a writ for Habeas Corpus Ad Testificandum was not issued then he would be disadvantaged and unable to challenge and oppose the forfeiture contentions that The United States Attorney's Office is pursuing.

5)  This Honorable Court has the Judicial Powers and Jurisdiction to render an order for writ of Habeas Corpus Ad Testificandum to the Warden of The Roxbury Correctional Institution in Hagerstown, Maryland. The Defendant requests that a writ be issued for the body of the defendant to be brought to the Federal Courthouse for any and all scheduled hearings for testimony.

I do solemnly swear under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, and belief.

Wherefore the Defendant respectfully prays that this Honorable Court will:

1)  Grant and render an order for writ of Habeas Corpus Ad Testificandum, for the Defendant to be brought and transported to the Federal Courthouse for all and any hearings and to be returned at the conclusion of any hearings, back to the care of Warden Sowers of the Roxbury Correctional Institution located in Hagerstown, Maryland.

2)  To forward a copy of the order to Warden Sowers, who is the Warden of the Roxbury Correctional Institution.

3)  For any such other relief that this Honorable Court deems to be just, proper and necessary for appropriate relief.

Date: March 3, 2004

Respectfully Submitted,

Marvin L. Cantine
Marvin Cantine #315-093
Roxbury Correctional Institution
18701 Roxbury Road
Hagerstown, Maryland 21746

"2"