IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

MAR 09 2004

UNITED STATES OF AMERICA

        Plaintiff

vs.                                CIVIL ACTION NO. MJG-02-4040

ASSORTED PERSONAL PROPERTY
(CANTINE)

        Defendant

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND TO WIT:

To: Roderick Sowers
    Warden
    Roxbury Correctional Institution
    18701 Roxbury Road
    Hagerstown, Maryland 21746

GREETINGS:

    You are hereby commanded to have the body of Marvin Leroy Cantine (D.O.B. 11/8/62; I.D.#315-093) now detained under your custody, before the United States District Court for the District of Maryland, to testify on his behalf and proffer testimony for _____ and immediately after said Marvin Leroy Cantine shall have given his testimony, to be returned to the Roxbury Correctional Institution located in Hagerstown, Maryland.

                                            The Honorable Judge, Marvin J. Garbis
                                                        For
                                            The United States District Court
                                              For The District of Maryland