```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. MJG-02-4040 |
| | * | |
| ASSORTED PERSONAL PROPERTY | * | |
| (CANTINE), | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * *

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS

Plaintiff, the United States of America, through its undersigned counsel, hereby requests a brief extension in which to respond to motions related to claimant's extensive discovery requests, and in support thereof states as follows:

The deadline for discovery is April 30, 2004. On March 17, 2004, the claimant, Marvin Cantine mailed 82 Interrogatories and 21 Requests for Production of Documents to counsel. This discovery not only is in excess of that authorized by the Federal Rules of Civil Procedure, it also seeks information which is not relevant to the instant case, but rather seeks to re-litigate Mr. Cantine's underlying criminal conviction. That is not a proper purpose of civil discovery. The government is in the process of preparing its responses, as well as a Motion for a Protective Order regarding the nature of the Interrogatories and Document Requests.

On or about March 9, 2004, Mr. Cantine served upon the United States a Motion for Discovery and Inspection, a Motion for the Defendant to Receive Assistance from a Court Appointed Non-Party to Provide Him with any Feasible Requested Copies of Federal Case Law

and Rules, a Petition for Habeas Corpus Ad Testificandum, a Motion to Suppress, and a Memorandum to Judge Regarding the Defendants Perspective Position and the Scheduling of Further Proceedings. These motions reflect clearly that the defendant does not understand the nature of civil litigation. Because they are largely improper motions, and because they relate in part to the extensive discovery requests to which the United States is objecting, responding to these motions is more time consuming than usual.

The United States requests that it be allowed until April 19, 2004, when its discovery responses are due, to file responses to these motions. In this way all the issues can be developed for simultaneous review and decision.

WHEREFORE, the government respectfully requests that the Court grant brief extension to May April 19, 2004, for the United States to respond to the pending motions.

                          Respectfully submitted,

                          Thomas M. DiBiagio
                          United States Attorney

                          _____/s/_____
                          Tamera L. Fine
                          Assistant United States Attorney
                          6625 United States Courthouse
                          101 West Lombard Street
                          Baltimore, Maryland 21201-2692
                          Telephone (410) 209-4800
                          Facsimile (410) 962-3091

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2004, a copy of the above Motion for Extension of Time to Respond to Motions was mailed, postage pre-paid, to Marvin Cantine, No. 315093, R.C.I., 18701 Roxbury Road, Hagerstown, Maryland.

                                              _____/s/_____
                                              Tamera L. Fine
                                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE), | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

### ORDER

Having read and considered the government's Motion For Extension of Time to Respond to Motions, and good cause existing therefore, it is this _____ day of March 2004 hereby

**ORDERED** as follows:

1. The Motion is granted.

2. The United States shall file its response to the pending motions of the claimant on or before April 19, 2004.

3. The clerk of the court shall provide counsel of record with a copy of this order.

_____                    _____
Date                                                         Marvin J. Garbis
                                                                   United States District Judge