IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE), | * | |
| Defendant. | * | |

* * * * * * * * *

**MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO MOTIONS**

Plaintiff, the United States of America, through its undersigned counsel, hereby requests a second extension in which to respond to motions related to claimant's extensive discovery requests, and in support thereof states as follows:

On or about March 31, the court granted an extension until April 19, 2004, for the government to respond to several motions filed by the claimant. The government is in the process of responding to the claimant's Motion for Discovery and Inspection, Motion for the Defendant to Receive Assistance from a Court Appointed Non-Party to Provide Him with any Feasible Requested Copies of Federal Case Law and Rules, a Petition for Habeas Corpus Ad Testificandum, and Motion to Suppress. In addition, on or about April 5, 2004, the claimant filed a fifth motion to Set Aside Forfeiture of an administrative forfeiture that is related to the seizure of the defendant property in this civil matter.

The Paralegal Specialist responsible for forfeiture matters is assisting in a criminal trial that began April 5, 2004, and is expected to continue throughout the month of April. Her

participation in these cases is usually substantial, and insures uniform, fair and evenhanded treatment for all claimants, as well as consistency in the government's responses.

Furthermore, the government is also in the process of responding to 82 Interrogatories propounded by the claimant and 21 Requests for Production of Documents, including preparing a Motion for a Protective Order. As the claimant files additional motions related to this civil matter, additional work is necessary to finalize the government responses. If claimant would forebear from filing additional duplicative motions it would allow the government to comprehensively respond to the motions and discovery already outstanding.

Therefore, the United States requests that it be allowed until May 19, 2004, to file responses to these motions. In this way all the issues can be developed for simultaneous review and decision after the Paralegal Specialist responsible for these cases is available to review and finalize responses.

WHEREFORE, the government respectfully requests that the Court grant brief extension to May 19, 2004, for the United States to respond to the pending motions.

                                        Respectfully submitted,

                                        Thomas M. DiBiagio
                                        United States Attorney

                                        _____/s/_____
                                        Tamera L. Fine
                                        Assistant United States Attorney
                                        6625 United States Courthouse
                                        101 West Lombard Street
                                        Baltimore, Maryland 21201-2692
                                        Telephone (410) 209-4800

Facsimile (410) 962-3091

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2004, a copy of the above Motion for Extension of Time to Respond to Motions was mailed, postage pre-paid, to Marvin Cantine, No. 315093, R.C.I., 18701 Roxbury Road, Hagerstown, Maryland.

```
                          _____/s/_____
                          Tamera L. Fine
                          Assistant United States Attorney
```

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

**UNITED STATES OF AMERICA,**        *
                                     *
      **Plaintiff,**           *
                                     *
    v.                             *    CIVIL ACTION NO. MJG-02-4040
                                     *
**ASSORTED PERSONAL PROPERTY**       *
**(CANTINE),**                       *
                                     *
      **Defendant.**           *

                      * * * * * * * * *

### ORDER

Having read and considered the government's Motion For Extension of Time to Respond to Motions, and good cause existing therefore, it is this _____ day of April 2004 hereby

**ORDERED** as follows:

    1. The Motion is granted.

    2. The United States shall file its response to the pending motions of the claimant on or before May 19, 2004.

    3. The clerk of the court shall provide counsel of record with a copy of this order.

_____                    _____
Date                                 Marvin J. Garbis
                                                                 United States District Judge