# PAUL R. KRAMER, LLC

ATTORNEY AT LAW
ADMITTED MARYLAND AND D. C.

ONE NORTH CHARLES STREET
SUITE 1104
BALTIMORE, MARYLAND 21201
(410) 727-5531
FAX: (410) 727-2186

**Associate**
Granger G. Maher, III

December 22, 2004

Clerk of the Court
United States District Court
 for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       **RE:**   *United States v. Assorted Personal Property*
               Civil No.:  MJG-02-4040

Dear Sir/Madam;

    Please enter the appearance of Paul R. Kramer, LLC, as counsel for the Claimant, Mr. Marvin Cantine, in connection with the above-entitled action.

    Thank you for your assistance in this matter.

                                          Very truly yours,

                                          *Paul R. Kramer*
                                          Paul R. Kramer

cc:    The Honorable Marvin J. Garbis, Judge
        Tamera Fine, AUSA