IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. MJG-02-4040 |
| ASSORTED PERSONAL PROPERTY (CANTINE), | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION FOR DISMISSAL

The United States of America and Claimant Marvin Cantine, by and through undersigned counsel, hereby stipulate to the dismissal of this civil action.

1. This case has been resolved by means of a Settlement Agreement, a copy of which is attached hereto as Exhibit A.

2. The parties respectfully ask that this Court order the release of property as set forth in the Settlement Agreement. Any payment due the claimant shall be paid to Marvin Cantine and Paul Kramer and delivered to Mr. Kramer's office address. Mr. Kramer will make arrangements to pick up all personal property to be released to Mr. Cantine, and release of this property to Mr. Kramer shall satisfy the government's obligations to return as set forth in the Settlement Agreement.

3. The parties respectfully ask that this Court dismiss this case with prejudice, but that the Court retain jurisdiction over any dispute which might arise under the Settlement Agreement for a period of 90 days.

5-4-05
Date

/s/ Tamera L. Fine
Tamera L. Fine
Assistant United States Attorney

5/2/05
Date

/s/ Paul R. Kramer
Paul R. Kramer
Attorney for Marvin Cantine

APPROVED, on Thursday, May 5, 2005.

_____/s/_____
Marvin J. Garbis
United States District Judge