**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Allen F. Loucks*<br>*United States Attorney*<br><br>*Tamera Fine*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4806*<br>*FAX 410-962-3124*<br>*Tamera.Fine@usdoj.gov* |

April 7, 2005

Paul R. Kramer, LLC
One North Charles Street
Suite 1104
Baltimore, Maryland 21201

      Re:   United States v. Assorted Personal Property (Cantine)
             <u>Civil No. MJG-02-4040</u>

Dear Mr. Kramer:

      This will confirm the agreement reached between the United States and your client Marvin Cantine, with regard to the seizures which are the subject matter of the above case. Please review it with Mr. Cantine and, if it is acceptable to you and to him, please have him sign it and return it to me.

<u>**SETTLEMENT AGREEMENT**</u>

      This Settlement Agreement is made between Marvin Cantine ("the claimant") and the United States of America ("the government"):

      WHEREAS, the claimant filed a claim to the defendants $63,083.00 U.S. Currency, $1,757.00 U.S. Currency, $9,496 U.S. Currency, $10,224 U.S. Currency, $6,265 U.S. Currency and Assorted Jewelry; and

      WHEREAS, the United States previously released $8,022 to claimant pursuant to a final order of Forfeiture which was subsequently vacated at claimant's request; and

      WHEREAS, the claimant neither admits nor disputes the government's assertion that reasonable cause existed for the seizure of the defendant property; and

      WHEREAS, the parties wish to reach a fair and expedited resolution to this matter;

NOW, THEREFORE, for the foregoing reasons and for good and substantial consideration, the adequacy and receipt of which is hereby acknowledged, the claimant and the government agree as follows:

1. The government agrees to release the following to the claimant, or his designated representative.:

a) an additional $25,000 (for a total to claimant of $33.022.00);

b) one 14k gold diamond cross, w/32" platinum chain; 11 full cut diamonds, about 2.0 Ct; 63 round diamonds, Vin/Serial No. 37-401123-001, seized under Asset ID No. 02-DEA-401123;

c) one 14k 2-tone Gents "bike Chain" diamond bracelet, w/ 12 round diamonds, about 1.0 Ct, Vin/Serial No. 37–401123-002, seized under Asset Id No. 02-DEA-401123;

d) one 14k gold Lady's diamond bracelet (broken), w/ 216 baguette diamonds, about 6.5 Ct; 60 round diamonds, Vin/Serial NO. 37-401123-003, seized under Asset ID No. 02-DEA-401123;

e) one Gents platinum and 18k gold wedding band, w/ 10 round diamonds, about 1.0 Ct. Vin/Serial No. 37-401123-004, seized under Asset ID No. 02-DEA-401123; and

f) one 14k gold Gents bracelet watch, w/ Concord movement, 68 rd dia. .50 Ct., model #20-90-544 SN# 930670, Vin/Serial No. 37-401123-005, seized under Asset ID No. 02-DEA-401123.

2. The claimant agrees not to contest the forfeiture of the remaining property which is the subject matter of this case and hereby relinquishes all right, title and interest therein.

3. The claimant agrees to indemnify and hold the government harmless from and against all claims, damages, losses, and action resulting from or arising out of the seizure and release of property described in paragraph 1 above.

4. The claimant agrees that the government may submit a copy of this agreement in connection with a request for an Order of Forfeiture.

5. This agreement states the entire agreement reached between the parties hereto.

Allen Loucks
United States Attorney

Tamera L. Fine
Assistant United States Attorney

4/14/05
Date

_____
Marvin Cantine

4/16/05
Date

_____
Paul R. Kramer
Attorney for Marvin Cantine